Case: 1:23−mj−00190
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 8/1/2023
Description: Complaint W/ Arrest Warrant

## STATEMENT OF FACTS

Between approximately September 20, 2022, and February 24, 2023, the Federal Bureau of Investigation ("FBI") and Metropolitan Police Department ("MPD") made over a dozen controlled purchases of fentanyl-laced heroin and cocaine base from three subjects apparently working in concert: Javon Holmes ("Holmes"), Charles Stanton ("Stanton"), and an "Uncle" now identified as BYRON TYLER ("TYLER").  The operation was primarily based in and around the xxx block of xx^xx Xxxxxx XX, Washington, DC, and was engaged in narcotics distribution at or by locations including a suspected stash house at xxxX xx^xx Xxxxxx XX, Stanton's residence at xxx xx^xx Xxxxxx XX, and Holmes' prior residence in Oxon Hill, MD.

From the controlled buys alone, the first 10 of which occurred in Washington, D.C., and the latter three of which occurred in Maryland, law enforcement recovered the following:

| Date/Buy | Narcotic | Approximate Weight |
|---|---|---|
| September 20, 2022 Sale by Charles Stanton in Washington, DC | Cocaine Base | Not Measured |
| September 21, 2022 Sale by Charles Stanton in Washington, DC | Cocaine Base<br>Fentanyl Mixture | Not Measured<br>.18 Grams |
| October 12, 2022 Sale by Charles Stanton and Javon Holmes in Washington, DC | Cocaine Base | 4.5 Grams |
| October 18, 2022 Sale by Charles Stanton and Javon Holmes in Washington, DC | Cocaine Base | 7.3 Grams |
| October 24, 2022 Sale by Javon Holmes in Washington, DC | Cocaine Base | 7.7 Grams |
| November 1, 2022 Sale by Javon Holmes in Washington, DC | Cocaine Base | 15.1 Grams |
| November 14, 2022 Sale by Javon Holmes in Washington, DC | Cocaine Base | 16.6 Grams |
| December 05, 2022 Sale by Javon Holmes in Washington, DC | Cocaine Base | 30 Grams |
| December 14, 2022 Sale by Javon Holmes in Washington, DC | Cocaine Base | 57.7 Grams |
| January 12, 2023 Sale by Javon Holmes in | Fentanyl Mixture<br>Cocaine Base | 4.85 Grams<br>54.90 Grams |

| | | |
|---|---|---|
| **Washington, DC** | | |
| **February 02, 2023 Sale by Javon Holmes in Maryland** | Fentanyl Mixture | 4.85 Grams |
| **February 09, 2023 Sale by Byron Tyler, directed by Javon Holmes, in Maryland** | Fentanyl Mixture | 7.71 Grams |
| **February 24, 2023 Sale by Javon Holmes in Maryland** | Fentanyl Mixture<br>Cocaine Base | 27.85 Grams<br>27.85 Grams |
| **TOTAL** | | **45.36 Grams of Fentanyl Mixture**<br>**221.65 Grams of Cocaine Base** |

All of the above substances, other than the cocaine base from September 20 and 21, 2022, have been tested by the DEA laboratory.

For the February 9, 2023 controlled purchase, an undercover officer called Holmes on the phone to arrange a purchase of heroin. Holmes directed the undercover officer to meet near his then-residence in Oxon Hill, Maryland. Once the undercover officer arrived, Holmes informed the officer that he would be sending his "Uncle" down. The "Uncle" emerged from the building, entered the undercover officer's car, and identified himself as "Doogie Woogie." The undercover officer handed the "Uncle" $500 USD in pre-recorded FBI funds in exchange for a brown powdery substance. The substance was subsequently lab-tested and was confirmed positive for fentanyl and heroin, with a weight of 7.71 grams. The interaction was video- and audio-recorded.

Law enforcement observed the "Uncle" on multiple occasions, not only by Holmes' Oxon Hill residence, but also by the suspected stash house and Stanton's residence on the xxx block of xx$^{xx}$ Xxxxxx XX. For instance, video of the area showed a male consistent in appearance with the "Uncle" in the vicinity of the stash house on dates including March 17, 2023, March 20, 2023, and March 29, 2023.

On or about March 29, 2023, law enforcement observed what appeared in your affiant's training and experience to be a hand-to-hand transaction of narcotics by Holmes and the "Uncle." A silver Honda Odyssey parked in the alleyway adjacent to the suspected stash house at approximately 5:31pm, and after a short moment, Holmes and the "Uncle" exited the front door of the stash house and approached the silver vehicle. Holmes and the "Uncle" then went back to the stash house, and both reemerged with Holmes carrying a black plastic bag, which Holmes handed to the passenger of the vehicle.

On or about May 8, 2023, at approximately 1:55pm, law enforcement observed Holmes park a silver Honda Odyssey in front of the suspected stash house and retrieve a black canvas bag from the passenger side of the vehicle and enter the stash house. At approximately 3:33pm, a male consistent in appearance with the "Uncle" walked from Stanton's residence toward the stash house and appeared to be speaking with someone in the window of the stash house. The "Uncle" caught

an object thrown to him from the window, and a short moment later unlocked the silver Odyssey and departed the area. At approximately 3:52pm, the silver Odyssey returned to the stash house, the "Uncle" existed, locked the vehicle, and walked toward Stanton's residence. A short moment later, a white truck parked in the vicinity of the suspected stash house. Holmes exited the stash house and provided the black canvas bag to the white truck, before the truck departed.

Based on the aforementioned transactions and surveillance, law enforcement thus identified both Stanton and the "Uncle" to function as middlemen utilized by and working in concert with Holmes in drug transactions. Law enforcement originally identified the "Uncle" as a different individual, based on, among other factors, that individual's physical resemblance to the "Uncle" and the individual's multiple prior law enforcement contacts in the 500 block of 59th Street NE. A grand jury initially indicted Holmes, Stanton, and that individual with conspiracy to traffic narcotics. On May 24, 2023, new investigative developments, detailed below, led the government to move to dismiss the indictment as to that individual, and ultimately identify the "Uncle" as BYRON TYLER.

A lawful search of Stanton's cellphone after his May 18, 2023 arrest revealed a contact with the name "Uncle Duke." Law enforcement immediately observed the similarity between "Uncle Duke" and the name "Doogie …" used by the third co-conspirator on February 9, 2023, whom Holmes had referred to as "Uncle." Further, Stanton, in a post-arrest Mirandized interview, was shown a surveillance photograph of the "Uncle" taken on February 8, 2023, and identified the individual depicted as "Uncle Duke," who he said previously lived with him and drove a white truck.

Moreover, a lawful search of Holmes' cell phone after his May 18, 2023 arrest similarly revealed a contact bearing the same phone number. Holmes had saved the phone number under the name "Unclle Duke Byron Tyler." Law enforcement again observed the similarity between "Unclle Duke" and the name "Doogie" used by the third co-conspirator on February 9, 2023, when Holmes had specifically referred to the co-conspirator as his "Uncle."

Subscriber records confirmed that "Uncle Duke's" phone number is subscribed to BYRON TYLER.

Agents reviewed law enforcement databases and observed a booking photograph of TYLER, and noted strong similarities in appearance between TYLER and the "Uncle."

On or about May 22, 2023, law enforcement tracking TYLER's phone number observed a white GMC Jimmy with a Virginia tag – a white truck, consistent with the vehicle Stanton indicated the "Uncle" drives.

Toll record analysis shows that TYLER's phone number interacted telephonically with Holmes approximately 865 times and Stanton approximately 575 times from on or about September 2022 until on or about March 2023.

Locational data for TYLER's phone number shows that TYLER's phone was in the vicinity of the stash house on or around the dates and times that the "Uncle" was observed there, namely, March 17, 2023, March 20, 2023, and March 29, 2023. On March 29, 2023, the "Uncle" was

specifically observed on video using a cellphone at approximately 5:31pm. That day, records show that TYLER's phone number sent a text message at approximately 5:33pm and the locational data at that time shows that the phone was in the vicinity of the stash house.

Law enforcement has identified an apartment in Washington, DC, where TYLER is currently listed as an occupant. On or about July 6, 2023, law enforcement showed a surveillance photograph, which was taken on February 8, 2023, of the "Uncle" taken in the vicinity of the stash house to W-1, an employee of the apartment complex. W-1 identified the individual depicted as TYLER. That same day, July 6, 2023, law enforcement observed the white GMC Jimmy with the same Virginia tag parked in the garage of that apartment building. TYLER's leasing application, moreover, lists TYLER's aforementioned phone number (saved under "Uncle Duke" in Stanton's phone and "Unclle Duke Byron Tyler" in Holmes' phone) as his number.

Based on the foregoing facts, I submit that there is probable cause to believe that BYRON TYLER, with co-conspirators Javon Holmes and Charles Stanton, has violated 21 U.S.C. § 846, 841(a)(1), and 841(b)(1)(C), which makes it a crime to conspire to distribute a mixture or substance containing a detectable amount of fentanyl.

_____
SPECIAL AGENT JASON WHEELER
FEDERAL BUREAU OF INVESTIGATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 1st day of August, 2023.*

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE